■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRISON WHITEHEAD, Appellant. [31 NYS3d 896]—Appeal by the defendant from a judgment of the Supreme Court, Rockland County (Kelly, J.), rendered August 6, 2014, convicting him of gang assault in the second degree and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to adduce legally sufficient evidence to prove his guilt beyond a reasonable doubt is unpreserved for appellate review (*see People v Hawkins*, 11 NY3d 484, 492 [2008]). In any event, viewing the evidence in the light most favorable to the People (*see People v Danielson*, 9 NY3d 342, 349 [2007]; *People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Mead*, 134 AD3d 960, 960 [2015]; *People v Lormil*, 134 AD3d 958, 959 [2015]; *People v Carson*, 126 AD3d 996, 996 [2015]; *People v Monserrate*, 90 AD3d 785, 788 [2011]; *People v Williams*, 14 AD3d 519, 519 [2005]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Romero*, 7 NY3d 633, 640-641 [2006]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Mastro, J.P., Sgroi, Duffy and Brathwaite Nelson, JJ., concur.